# **EXHIBIT J**



US00D656579S

(12) United States Design Patent  (10) Patent No.: **US D656,579 S**
Sherman et al.  (45) Date of Patent: ** Mar. 27, 2012

(54) **CASSETTE FILTER AND COVERPLATE**

(75) Inventors: **Michael Sherman**, Woodbury, MN (US); **Stephen P. Huda**, Shelton, CT (US); **Steven J. Haehn**, Oakdale, MN (US)

(73) Assignee: **KX Technologies, LLC**, West Haven, CT (US)

(**) Term: **14 Years**

(21) Appl. No.: 29/398,176

(22) Filed: **Jul. 27, 2011**

(51) LOC (9) Cl. .................................. 23-01
(52) U.S. Cl. ..................................... D23/209
(58) Field of Classification Search ......... D23/207–209; 210/340, 341, 282, 232, 266
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D290,638 S | * | 6/1987 | Bishop | D23/207 |
| D519,186 S | * | 4/2006 | Oranski et al. | D23/209 |
| D562,429 S | * | 2/2008 | Morris | D23/209 |
| D621,001 S | * | 8/2010 | Maziel et al. | D23/209 |

* cited by examiner

*Primary Examiner* — Robin V Webster
(74) *Attorney, Agent, or Firm* — DeLio & Peterson, LLC; Robert Curcio, Esq.

(57) **CLAIM**

I claim the ornamental design for a "cassette filter and coverplate," as shown and described.

**DESCRIPTION**

FIG. 1 is top rear perspective view of the cassette filter and coverplate according to the present invention.
FIG. 2 is front bottom perspective view of the cassette filter and coverplate according to the present invention.
FIG. 3 is a bottom view thereof;
FIG. 4 is a top view thereof;
FIG. 5 is a rear view thereof;
FIG. 6 is a left side view thereof;
FIG. 7 is a front view thereof; and,
FIG. 8 is a right side view thereof.

1 Claim, 2 Drawing Sheets





FIG. 1

FIG. 2

FIG. 3

FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8