# **EXHIBIT N**



Robert Curcio <rcurcio@delpet.com>

## Infringing Filters on Amazon
1 message

**Robert Curcio <rcurcio@delpet.com>**       Tue, Feb 16, 2016 at 3:31 PM
To: huseyin dilmen <info@dilmen.com>

Mr. Dilmen,
As previously discussed, you must remove the infringing Coral filters from Amazon (see attached link) in order to avoid patent infringement litigation.

Our client expects immediate removal of the ULTRAWF Frigidaire Puresource WF3CB/Kenmore compatible Refrigerator filter, as well as the Frigidaire WF2CB Puresource 2/ Electrolux EWF2CBPA compatible filter.

http://www.amazon.com/s/?ie=UTF8&keywords=coral+filter&tag=googhydr-20&index=aps&hvadid=79098688632&hvpos=1t1&hvexid=&hvnetw=g&hvrand=1094313640319285333&hvpone=&hvptwo=&hvqmt=b&hvdev=c&ref=pd_sl_4zmgqkh18k_b

You had stated you would contact us last week regarding this matter. We await your response.

Regards,
Bob Curcio

--
Robert Curcio
DeLio, Peterson & Curcio LLC
700 State Street, Suite 402
New Haven, CT 06511
Phone: (203) 787-0595
Fax: (203) 787-5818