# **EXHIBIT O**











16

24







## REPLACEMENT FOR

# Frigidaire
# PureSource*
# ULTRAWF
# KENMORE*
# 46-9999

## HOW TO REPLACE:

**1** Turn off the icemaker (using the power switch)

**2** Push the end of the old filter straight in until it clicks (and releases)

**3** Slide the old filter straight out and discard (don't worry, the water will shut off automatically)

**4** Push the new filter straight in until it clicks (and snaps into place)

**5** Turn the ice maker back on

**6** Flush the system by running the dispenser for 3 minutes

**7** Reset your 'change filter' light

