# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KX TECHNOLOGIES, LLC<br>Plaintiff | |
| v. | 3:16-cv-00745 CSH |
| Dilmen LLC d/b/a Coral Premium Water Filters,<br>and<br>Huseyin Dilmen d/b/a Mirage Basics | |
| Defendants | March 22, 2017 |

**MOTION FOR HEARING ON DAMAGES, COSTS, AND ATTORNEYS' FEES PURSUANT TO DEFAULT JUDGEMENT**

Plaintiff, KX Technologies, LLC, moves for a hearing on damages, costs, and attorneys' fees pursuant to the Default Judgment previously decided in the above-identified civil action.

On February 15, 2017, this Court ruled on Plaintiff's motion for default judgment (PACER/ECF Dkt. No. 34), awarding a permanent injunction, destruction of infringing products, advertisements, catalogs, brochures, as well as permission to alter all internet sites promoting the infringing goods to remove all references to the infringing products. Ruling on Motion for Default Judgment, PACER/ECF Dkt. No. 34, pp.8-9.

Regarding damages, costs, and attorneys' fees, this Court has referred these matters to Magistrate Judge Sarah A. L. Merriam for an inquest as to the appropriate amounts. *Id*. at 9; PACER/ECF Dkt. No. 36.

In a telephonic conference with Judge Merriam, Plaintiff was given an opportunity to investigate legal precedent for conducting the damages, costs, and attorneys' fees analysis without a hearing. Plaintiff was unable to acquire sufficient legal precedent that would indicate

damages and attorneys' fees could be awarded in patent cases pursuant to 35 U.S.C. §§ 284 & 285 without a hearing. The damages, costs, and fees Plaintiff seeks are delineated in Plaintiff's Motion for Default Judgment (PACER Dkt. No. 29).

Consequently, Plaintiff now moves this Court for a hearing on damages, costs, and attorneys' fees.[1]

Respectfully submitted,

**KX TECHNOLOGIES, LLC**

Date: March 22, 2017

By: /s/ Robert Curcio
Robert Curcio (ct 18791)
David R. Pegnataro (ct 28854)
**DELIO, PETERSON & CURCIO LLC**
700 State Street, Suite 402
New Haven, CT 06511
Email: efilings@delpet.com;
rcurcio@delpet.com
Tel.: (203) 787 - 0595

[1] Plaintiff notes that Defendants have dismissed their attorneys of record, and have since made no attempt to enter an appearance in this action either through counsel or *pro se*.

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017 a copy of the foregoing **MOTION FOR HEARING ON DAMAGES, COSTS, AND ATTORNEYS' FEES PURSUANT TO DEFAULT JUDGEMENT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Via U.S. Mail to:

Huseyin Dilmen and
Dilmen LLC
5700 Braxton Drive
Suite 100
Houston, TX 77036

By: /s/ Robert Curcio
Robert Curcio (ct 18791)
David R. Pegnataro (ct 28854)
**DELIO, PETERSON & CURCIO LLC**
700 State Street, Suite 402
New Haven, CT 06511
Email: efilings@delpet.com;
rcurcio@delpet.com
Tel.: (203) 787 - 0595

KXIN905_mtn_hearing_damages